RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/10/11
BY g6a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| OLLIE HARRIS | DOCKET NO. 10-CV-1688; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Officer Hall and Officer Davis, two defendants herein, be **DISMISSED** from the captioned matter.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 10th day of JUNE, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE