RECEIVED
OCT - 3 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| OLLIE HARRIS,<br>    Plaintiff<br><br>VERSUS<br><br>TIM WILKINSON, et al.,<br>    Defendants | CIVIL ACTION<br>SECTION P<br>NO. 1:10-CV-01688<br><br><br>JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Rials' motion for summary judgment (Doc. 30) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3rd day of October, 2013.

                                                                JAMES T. TRIMBLE, JR.
                                                                 UNITED STATES DIST. JUDGE